No. 97–7588. ROMERO-CALDERON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 97–7649. JURY v. STEWART ET AL. Sup. Ct. Va. Certiorari denied.

No. 97–7654. FOWLER v. CAMPBELL ET AL. C. A. 3d Cir. Certiorari denied.

No. 97–7655. GILBERT v. ŠANDAGE ET AL. C. A. 11th Cir. Certiorari denied.

No. 97–7656. GILBERT v. MOODY ET AL. C. A. 11th Cir. Certiorari denied.

No. 97–7660. HIGGINS v. MISSISSIPPI ET AL. C. A. 5th Cir. Certiorari denied.

No. 97–7662. HUGHES v. COLORADO. Ct. App. Colo. Certiorari denied.

No. 97–7667. OLIVIER-WARD v. BLACKWELL ET AL. C. A. 9th Cir. Certiorari denied.

No. 97–7669. DIAZ v. VAUGHN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GRATERFORD, ET AL. C. A. 3d Cir. Certiorari denied.

No. 97–7673. WINSLOW v. SMITH ET AL. C. A. 5th Cir. Certiorari denied.

No. 97–7675. THOMPSON v. NIXON, ATTORNEY GENERAL OF MISSOURI, ET AL. C. A. 8th Cir. Certiorari denied.

No. 97–7678. WATSON v. BOONE, WARDEN. Ct. Crim. App. Okla. Certiorari denied.

No. 97–7679. McLAMB v. KEANE, SUPERINTENDENT, SING SING CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 97–7687. McPHERSON v. KELSEY ET AL. C. A. 6th Cir. Certiorari denied.

No. 97–7689. MENDOZA-ROJAS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 97–7694. OKPARAOCHA v. LAZARUS, INC. C. A. 6th Cir. Certiorari denied.